[This opinion has been published in *Ohio Official Reports* at 82 Ohio St.3d 177.]

THE STATE EX REL. GILBERT, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Gilbert v. Indus. Comm.*, 1998-Ohio-253.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 95-2241—Submitted May 12, 1998—Decided June 17, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 94APD08-1174.

_____

*Hochman & Roach Co., L.P.A.,* and *Carla J. Lauer*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Cheryl J. Nester*, Assistant Attorney General, for appellee.

_____

{¶ 1} The judgment of the court of appeals is affirmed.

MOYER, C.J., DOUGLAS, RESNICK, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

F.E. SWEENEY, J., dissents and would reverse the judgment of the court of appeals.

_____